

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00053-CV

In the Interest of H. M. C. S., a child

On Appeal from the
24th District Court of DeWitt County, Texas
Trial Cause No. 14-10-23,209

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellants, although they are exempt from payment due to their affidavit of inability to pay costs.

We further order this decision certified below for observance.

February 26, 2015